# EXHIBIT 1

Int. Cls.: 9, 12, 14, 16, 18, 25, 28 and 38

Prior U.S. Cls.: 1, 2, 3, 5, 19, 21, 22, 23, 26, 27, 28, 29, 31, 35, 36, 37, 38, 39, 41, 44, 50, 100, 101 and 104

Reg. No. 3,499,157

**United States Patent and Trademark Office** — Registered Sep. 9, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



ROSSI, VALENTINO (ITALY INDIVIDUAL)
FLAT 4
DOWN STREET 23
LONDON, UNITED KINGDOM W1J7AR

FOR: (BASED ON 44(E)) PHOTOGRAPHIC APPARATUS AND INSTRUMENTS, NAMELY, CAMERA LENSES AND LENS HOODS; CINEMATOGRAPHIC APPARATUS AND INSTRUMENTS, NAMELY, CINEMATOGRAPHIC FILM; OPTICAL APPARATUS AND INSTRUMENTS, NAMELY, MAGNIFYING GLASSES, INSTRUMENTS CONTAINING EYEPIECES, NAMELY, MICROSCOPES, TELESCOPES, OPTICAL LENS SIGHTS, TELESCOPIC LENS SIGHTS, AND MAGNIFYING PEEPHOLES FOR DOORS; MEASURING APPARATUS AND INSTRUMENTS, NAMELY, MEASURING LABORATORY GLASSWARE, GRADUATED GLASSWARE; APPARATUS AND INSTRUMENTS FOR CONDUCTING, SWITCHING, TRANSFORMING, ACCUMULATING, REGULATING OR CONTROLLING ELECTRICITY, NAMELY, CAPACITORS; APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF DATA, SOUND AND IMAGES, NAMELY, VIDEO TELEPHONES, PORTABLE TELEPHONES, PERSONAL DIGITAL AUDIO PLAYERS, ELECTRONIC AGENDAS, JUKEBOXES, VIDEO GAME MACHINES FOR USE WITH TELEVISIONS, ELECTRONIC GAME CONSOLES FOR USE WITH TELEVISIONS, FACSIMILE MACHINES, RADIOS, VEHICLE RADIOS; BLANK MAGNETIC DATA CARRIERS, NAMELY, VIDEOCASSETTES, AUDIO CASSETTES, AND RECORDING DISCS, NAMELY, FLOPPY DISCS, CDS, CD-ROMS AND DVDS; PRERECORDED PHONOGRAPHIC RECORDS, AUDIO CASSETTES, VIDEO CASSETTES AND COMPACT DISCS FEATURING AUDIO CONTENT IN THE NATURE OF MUSIC AND INTERVIEWS, VIDEO CONTENT IN THE FIELD OF SPORTS AND MOTORCYCLE RACING, AND COMPUTER PROGRAMS FOR PRERECORDED GAMES; PRERECORDED VIDEO GAME MEMORY CARTRIDGES; AUTOMATIC VENDING MACHINES; CASH REGISTERS; CALCULATING MACHINES, NAMELY, ACCOUNTING MACHINES, ADDING MACHINES, POCKET CALCULATORS; DATA PROCESSING EQUIPMENT, NAMELY, NOTEBOOK COMPUTERS, LAPTOP COMPUTERS, COMPUTER HARDWARE; COMPUTER SOFTWARE, NAMELY, COMPUTER APPLICATION SOFTWARE FOR MOBILE PHONES AND FOR DIGITAL CAMERAS AND COMPUTER GAME SOFTWARE, COMPUTER OPERATING SYSTEMS, AND DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF MAGAZINES AND JOURNALS IN THE FIELD OF SPORTS, GAMES, RECREATION, MUSIC, CLOTHING FASHION, TRAVEL, THEATRE, FILMS, CARTOONS, EDUCATION, HEALTH AND ECOLOGY; VIDEO DISKS AND VIDEO TAPES WITH RECORDED ANIMATED CARTOONS; PROTECTIVE HELMETS; DIVING HELMETS; SCUBA DIVING MASKS; DIVING SUITS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: (BASED ON 44(E)) LAND VEHICLES; AIR AND WATER VEHICLES, NAMELY, HELICOPTERS, BOATS, AND STRUCTURAL PARTS THEREFOR; APPARATUS FOR LOCOMOTION BY LAND, AIR OR WATER, NAMELY, AUTOMOBILES, TRICYCLES, BICYCLES, MOTORCYCLE SIDECARS; MOTORCYCLES; AUTOMOBILES; BOATS; PARTS AND ACCESSORIES FOR VEHICLES, NAMELY, WINDSHIELD WIPERS; SLEIGHS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: (BASED ON 44(E)) PRECIOUS METALS AND THEIR ALLOYS; GOODS IN PRECIOUS METALS OR COATED THEREWITH, NAMELY, AMULETS, BADGES, JEWELRY BOXES, BUCKLES FOR WATCHSTRAPS, JEWELRY CASES, KEY CHAINS,

JEWELRY CHAINS, CHARMS, COLLECTIBLE COINS, COMMEMORATIVE COINS, PILLBOXES MADE OF PRECIOUS METAL, MEDALS, ORNAMENTAL PINS, ORNAMENTS, STATUETTES, WATCH STRAPS, TIE CLIPS, TIE PINS, CUFF LINKS, AND TRINKETS BEING JEWELRY; JEWELRY; PRECIOUS STONES; NECKLACES; BRACELETS; RINGS BEING JEWELRY; EARRINGS; ANKLE BRACELETS; PENDANTS; BROOCHES; WRISTWATCHES; POCKET WATCHES; TABLE CLOCKS; PENDULUM CLOCKS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: (BASED ON 44(E)) PAPER; CARDBOARD; ARTICLES MADE FROM PAPER OR CARDBOARD, NAMELY, BOXES, CARTONS, LABELS, ADHESIVES FOR STATIONERY PURPOSES; PRINTED MAGAZINES, EVENT PROGRAMS AND PERIODICALS IN THE FIELD OF MOTORCYCLE RACING, SPORTS, GAMES, RECREATION, MUSIC, CLOTHING, FASHION, TRAVEL, THEATRE, FILMS, CARTOONS, EDUCATION, HEALTH AND ECOLOGY; PHOTOGRAPHS; STATIONERY, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: (BASED ON 44(E)) LEATHER; IMITATION LEATHER SOLD IN BULK; GOODS MADE OF LEATHER AND IMITATION LEATHER, NAMELY, HATBOXES FOR TRAVEL NOT OF PAPER OR CARDBOARD, ANIMAL LEASHES, SHOULDER BELTS, STRAPS, THONGS, RIDING SADDLES AND VANITY CASES SOLD EMPTY; ANIMAL SKINS; TRUNKS; SUITCASES; BAGS, NAMELY, BACKPACKS, BEACH BAGS, HANDBAGS, HAVERSACKS, NET MESH BAGS FOR SHOPPING, POUCHES OF LEATHER OR FELT, PURSES, RUCKSACKS, SATCHELS, SCHOOL BAGS, SCHOOL SATCHELS, LEATHER SHOPPING BAGS, SLING BAGS FOR CARRYING INFANTS, TOOL BAGS SOLD EMPTY, TRAVELING BAGS, VALISES, AND WHEELED SHOPPING BAGS; WALLETS; BRIEFCASES; UMBRELLAS, PARASOLS; WALKING STICKS; PURSES MADE OF PRECIOUS METAL, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: (BASED ON 44(E)) CLOTHING, NAMELY, APRONS, ASCOTS, BABIES' PANTS, BANDANAS AND NECKERCHIEFS, BATHROBES, BATHING DRAWERS; BATHING SUITS, BATHING TRUNKS, BEACHWEAR, BOAS, BODICES, BRASSIERES, BREECHES, CAMISOLES, CAP PEAKS, CAPS, CHEMISETTES, GYMNASTICS WEAR, NAMELY, LEOTARDS, TRACK SUITS, COATS, TOPCOATS, CYCLIST CLOTHING, NAMELY, JERSEYS, SHORTS, PANTS, HATS, GLOVES, DRAWERS, DRESS SHIELDS, DRESSING GOWNS, FOOTMUFFS, FROCKS, FUR STOLES, FUR COATS, GABARDINES, GARTER BELTS, GIRDLES, GLOVES, HOSIERY, JACKETS, JERSEYS, JUMPERS, KNITWEAR, NAMELY, SWEATERS, SCARVES, HATS, AND GLOVES, BODY LINEN, NAMELY, PANTIES AND UNDERWEAR, MITTENS, MONEY BELTS, MUFFS, NECKTIES, OUTERWEAR, NAMELY, COATS, RAINCOATS; OVERALLS, OVERCOATS, PAJAMAS, PANTS, PELERINES, PELISSES, PULLOVERS, SASHES, SCARVES, SHAWLS, SHIRT YOKES, SHIRTS, SHOULDER WRAPS, STOCKINGS, SUITS, SUNVISORS, SWEATERS, SWIMSUITS, TEDDIES, T-SHIRTS, TIGHTS, TROUSERS, UNDERGARMENTS, UNDERPANTS, UNDERWEAR, UNIFORMS, VEILS, VESTS, VISORS, WATERPROOF PANTS, WATERPROOF SHIRTS, WATERPROOF JACKETS, WATERPROOF COATS, RAIN SLICKERS, WIMPLES, AND WRISTBANDS; FOOTWEAR; HEADGEAR, NAMELY, HATS, BERETS, HOODS, SKULL CAPS, TOP HATS, TURBANS, AND HEADBANDS; GOODS MADE OF LEATHER AND IMITATION LEATHER, NAMELY, HEADBANDS, ARMBANDS, WRISTBANDS, SASHES, AND BELTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: (BASED ON 44(E)) PLAYTHINGS, NAMELY, SOCCER BALLS, BASEBALLS, BASKET BALLS, GOLF BALLS, FOOTBALLS, CRICKET BALLS, TENNIS BALLS, GYMNASTICS EXERCISE BALLS, AND PLAY BALLOONS; TOYS, NAMELY BATH TOYS, DOLLS, PUPPETS; TOY MODEL VEHICLES; GYMNASTIC APPARATUS; SPORTING ARTICLES, NAMELY, BATTING GLOVES, BOB-SLEIGHS, BODY BOARDS, BODY-BUILDING APPARATUS, NAMELY WEIGHT WORK-OUT BENCHES, BODY TRAINING APPARATUS, NAMELY, ELLIPTICAL EXERCISE MACHINES, EXERCISE EQUIPMENT, NAMELY, STATIONARY CYCLES, ELECTRONIC SPORTS TRAINING SIMULATORS, NAMELY, SKI SIMULATORS AND JOGGING SIMULATORS, CHEST EXPANDERS, COVERS FOR SKI BINDINGS, ELBOW GUARDS FOR ATHLETIC USE, CHEST EXPANDERS, FLIPPERS FOR SWIMMING, SPORTS GLOVES, NAMELY, SOFTBALL GLOVES, BASEBALL GLOVES, BOXING GLOVES, GOLF GLOVES, GOLF CLUBS, TOY GUNS; SCUBA EQUIPMENT, NAMELY, SPEAR FISHING HARPOON GUNS AND SPEAR FISHING HARPOONS THEREFOR, HARNESSES FOR SAILBOARDS, ICE SKATES, IN-LINE ROLLER SKATES, KNEE GUARDS FOR ATHLETIC USE, MACHINES FOR PHYSICAL EXERCISE, MASTS FOR SAILBOARDS, RACKETS, EXERCISE APPARATUS FOR THE BODY, NAMELY, TREADMILLS, ROWING MACHINES, ROLLER SKATES, SAILBOARDS FOR BOARD SAILING, SHINGUARDS FOR ATHLETIC USE, SKATEBOARDS, SKIS, PLAYGROUND EQUIPMENT, NAMELY, SLIDES, SNOWSHOES, STATIONARY EXERCISE BICYCLES, SURFBOARDS, SURF SKIS AND WATER SKIS; CHRISTMAS TREE DECORATIONS NOT INCLUDING CONFECTIONERY OR ILLUMINATION ARTICLES; PLAYING CARDS; HANG GLIDERS; GOLF CLUB BAGS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: (BASED ON 44(E)) TELECOMMUNICATIONS SERVICES, NAMELY PERSONAL COMMUNICATION SERVICES, PROVIDING MULTIPLE USER DIAL-UP AND DEDICATED ACCESS TO THE INTERNET, PROVIDING REMOTE INTERNET ACCESS, PROVIDING MULTIPLE USER DIAL-UP AND DEDICATED ACCESS TO THE INTERNET INCLUDING PORTALS ON THE INTERNET, PROVIDING INTERNET CHATROOMS, INTERNET BASED VOICE CHAT SERVICES, ELECTRONIC MAIL SERVICES, WEB MESSAGING, COMPUTER-

AIDED TRANSMISSION OF MESSAGES AND IMAGES; TELEPHONE COMMUNICATIONS SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

OWNER OF ERPN CMNTY TM OFC REG. NO. 003519725, DATED 4-22-2005, EXPIRES 4-22-2015.

OWNER OF ERPN CMNTY TM OFC REG. NO. 004583084, DATED 8-2-2006, EXPIRES 8-2-2016.

SER. NO. 78-883,746, FILED 5-15-2006.

JAMES LOVELACE, EXAMINING ATTORNEY