IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VALENTINO ROSSI,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No.: 20-cv-4746<br><br>Judge Virginia M. Kendall |

## PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

Plaintiff VALENTINO ROSSI hereby moves this Honorable Court for entry of a Preliminary Injunction. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered on August 20, 2020 [Dkt. No. 22]. In support of its Motion, Plaintiff files the accompanying Memorandum of Law and Declaration of Michael A. Hierl.

Respectfully submitted,

Dated: September 11, 2020

By:    s/Michael A. Hierl\_
            Michael A. Hierl (Bar No. 3128021)
            William B. Kalbac (Bar No. 6301771)
            Hughes Socol Piers Resnick & Dym, Ltd.
            Three First National Plaza
            70 W. Madison Street, Suite 4000
            Chicago, Illinois 60602
            (312) 580-0100 Telephone
            mhierl@hsplegal.com
            wkalbac@hsplegal.com

            Attorneys for Plaintiff
            VALENTINO ROSSI

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies on September 11, 2020 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system.

/s/ *Michael A. Hierl*