IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VALENTINO ROSSI,<br><br>        Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS,<br>LIMITED LIABILITY COMPANIES,<br>PARTNERSHIPS AND UNINCORPORATED<br>ASSOCIATIONS IDENTIFIED<br>ON SCHEDULE A HERETO,<br><br>        Defendants. | Case No. 20-cv-4746<br><br>Judge Virginia M. Kendall |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff VALENTINO ROSSI hereby dismisses with prejudice all causes of action in the complaint against the following Defendants identified in Schedule A. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 224 | ivve.goods |

The respective Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: February 10, 2021    By:   s/Michael A. Hierl
                                               Michael A. Hierl (Bar No. 3128021)
                                               William B. Kalbac (Bar No. 6301771)
                                               Hughes Socol Piers Resnick & Dym, Ltd.
                                               Three First National Plaza
                                               70 W. Madison Street, Suite 4000
                                               Chicago, Illinois 60602
                                               (312) 580-0100 Telephone
                                               mhierl@hsplegal.com

                                               Attorneys for Plaintiffs
                                               VALENTINO ROSSI

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on February 10, 2021.

                                                          s/Michael A. Hierl