IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VALENTINO ROSSI,<br><br>   Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>   Defendants. | Case No. 20-cv-4746<br><br>Judge Virginia M. Kendall |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff VALENTINO ROSSI hereby dismisses with prejudice all causes of action in the complaint as to the certain Defendants identified below and in Schedule A. No motions are pending relative to these Defendants. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 253 | 445zhu3 |
| 266 | wesiji0 |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: April 5, 2021  By: s/Michael A. Hierl
            Michael A. Hierl (Bar No. 3128021)
            William B. Kalbac (Bar No. 6301771)
            Hughes Socol Piers Resnick & Dym, Ltd.
            Three First National Plaza
            70 W. Madison Street, Suite 4000
            Chicago, Illinois 60602
            (312) 580-0100 Telephone
            mhierl@hsplegal.com

            Attorneys for Plaintiff
            VALENTINO ROSSI

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Amended Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on April 5, 2021.

                                                             s/Michael A. Hierl